IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
RENITA JOHNSON, as parent and    *
next of kin of Rae'Quan          *
Wilson, deceased,                *
                                 *
      Plaintiff,                 *
                                 *
      v.                         *      CV 323-071
                                 *
SHERIFF RANDY RIGDON, et al.,    *
                                 *
      Defendants.                *
```

O R D E R

Presently before the Court is a "Stipulation of Dismissal Without Prejudice," signed by all parties who have appeared in the case. Accordingly, dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE